JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POLARA ENGINEERING, INC., <br> Plaintiff, <br> v. <br> CAMPBELL COMPANY, <br> Defendant. | Case No. SA CV 13-00007-DFM <br><br> JUDGMENT |

This action came on for trial before the Court and a jury, the Honorable Douglas F. McCormick, United States Magistrate Judge, presiding. The issues having been duly tried, and the jury having duly rendered its verdict as to the claims presented to it, and the Court having rendered its decision,

IT IS HEREBY ORDERED:

That, in accordance with United States District Judge Cormac J. Carney's June 10, 2014 Order finding that Defendant Campbell Company ("Campbell") has infringed United States Patent No. 7,145,476 (the "'476 Patent"), the jury's verdict that the '476 Patent is not invalid, and the Court's February 27, 2017 Order finding the '476 Patent enforceable, judgment is entered in favor of Plaintiff Polara Engineering, Inc. ("Polara") and against

Campbell in the amount of $1,678,586.08. This amount is comprised of: (1) the damages accrued for all infringing sales from January 3, 2013 through the date of judgment, in the amount of $653,841.53; (2) enhanced damages for Campbell's willful infringement of the '476 Patent in the amount of $980,762.30; and (3) in accordance with the Court's February 27, 2017 Order awarding Polara prejudgment interest at the prime rate, the amount of $43,982.25. Campbell shall pay postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

In a separate order, the Court also issues a permanent injunction against Campbell.

IT IS SO ORDERED.

Dated: March 31, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge